UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ELIZABETH HARWOOD,                                  Case No.:       2:18-CV-01941

      Plaintiff,

v.

HEALTHCARE TECHNOLOGY ENABLED
SERVICES, LLC, and MILWAUKEE
RADIOLOGISTS LTD, S.C.

      Defendants,

ACUITY, A MUTUAL INSURANCE COMPANY,

      Intervening Defendant.

## INTERVENOR COMPLAINT

Acuity, a Mutual Insurance Company, by its attorneys, Simpson & Deardorff, S.C., hereby intervenes in this action and alleges as follows:

1. Acuity is a domestic insurance company licensed to do business in Wisconsin, with the mailing address for its main offices being Post Office Box 58, Sheboygan, WI, Zip Code 53082.

2. On or about November 8, 2018, a complaint was filed in the circuit court for Milwaukee County in the above action, which is incorporated by reference herein without admitting or denying the substance of any allegations therein. The action was subsequently removed to the United States District Court for the Eastern District of Wisconsin and assigned the case number above.

3. Acuity issued a policy of insurance issued to Milwaukee Radiologists Ltd, S.C., policy number Policy No. K48102, such policy being subject to all of its terms, conditions, limitations, exclusions and effective dates set forth therein.

4. Milwaukee Radiologists Ltd, S.C. tendered defense of this lawsuit to Acuity and requested that Acuity defend and indemnify it with respect to the allegations made therein.

5. Acuity has agreed to defend Milwaukee Radiologists Ltd, S.C. under a reservation of rights to contest insurance coverage.

6. Acuity contends that it is not obligated to provide a defense or indemnification to Milwaukee Radiologists Ltd, S.C. relative to the allegations in this lawsuit.

7. A real and justiciable controversy exists as to Acuity's duty to defend or indemnify Milwaukee Radiologists Ltd, S.C. under its policy of insurance.

8. Acuity therefore seeks a declaration, pursuant to Wis. Stat. 806.04, of its duties and obligations under its policy of insurance, and respectfully asks the court to declare the rights, duties, responsibilities and coverages of Acuity relative to the claims and damages alleged by the plaintiffs in this action.

9. Acuity has no duty to defend or indemnify Milwaukee Radiologists Ltd, S.C. because the pleadings fail to allege "bodily injury" or "property damage" or "personal and advertising injury" as defined by Acuity's policies and interpreted under Wisconsin law.

10. Acuity has no duty to defend or indemnify Milwaukee Radiologists Ltd, S.C. to the extent that the pleadings allege volitional acts that do not constitute an "occurrence" as defined by Acuity's policies and interpreted under Wisconsin law.

11. Acuity has no duty to defend or indemnify Milwaukee Radiologists Ltd, S.C. to the extent that the pleadings allege conduct for which coverage is otherwise eliminated by the

policy's exclusions, including but not limited to expected or intended injury, contractual liability, and/or recording and distribution of material or information in violation of law.

12. Acuity may have no duty to defend or indemnify based upon any of the policy's other terms, conditions, limitations, exclusions or effective dates, all of which are expressly reserved.

WHEREFORE, Acuity seeks a declaration that its policy provides no coverage with respect to the claims alleged in the complaint; demands that judgment be entered dismissing it from all liability for the claims alleged in the lawsuit, and dismissing it from any obligation to provide a defense for the claims which are the subject of the lawsuit; awarding it its taxable costs and disbursements; and providing it with such other and further relief as may be appropriate.

Dated this 10th day of January, 2019.

SIMPSON & DEARDORFF, S.C.
Attorneys for Acuity, A Mutual Insurance Co.,

By: Electronically Signed by Joseph M. Mirabella
Thomas J. Binder
State Bar No. 1005156
Email: binder@simpsondeardorff.com
Joseph M. Mirabella
State Bar No. 1070199
Email: mirabella@simpsondeardorff.com

SIMPSON & DEARDORFF, S.C.
311 East Chicago Street, Suite 410
Post Office Box 2183
Milwaukee, WI 53201-2183
Tel: 414-273-8550