IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH HARWOOD AND ZANE VANSELOW, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES, LLC, fka PST SERVICES, INC., MILWAUKEE RADIOLOGISTS, LTD., S.C., AND MIDWEST AREA PHYSICIANS, LLC.<br><br>Defendants,<br><br>ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Intervening Defendant. | PUTATIVE CLASS ACTION<br>CASE NO.: 2:18-CV-01941-LA |

---

# PLAINTIFFS' MOTION TO PRELIMINARILY CERTIFY A SETTLEMENT CLASS UNDER RULE 23, APPOINT PLAINTIFFS AS CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL

Plaintiffs, Elizabeth Harwood ("Harwood") and Zane Vanselow ("Vanselow"), (together, the "Plaintiffs") and Defendants, Change Healthcare Technology Enabled Services, LLC ("CHTES"), f/k/a PST Services, Inc., Milwaukee Radiologists, LTD., S.C., and Midwest Area Physicians, LLC (together, "Defendants" and together with Plaintiffs, the "Parties") have entered into a Settlement Agreement.

1

Plaintiffs move this Court to certify a Settlement Class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure. The proposed class covers persons who have been illegally charged various basic, retrieval and certification fees in violation of Wisconsin law. *Moya v. Aurora Healthcare, Inc.*, 2017 WI 45, ¶ 22, 375 Wis. 2d 38, 894 N.W.2d 405 (2017).

The proposed Settlement Class consists of:

Any patient or person authorized by the patient who paid a fee for the patient's healthcare billing records in excess of that permitted by Wisconsin law and who is identified in the Attorney Billing Records Request Data attached to the Settlement Agreement.

Excluded from the Settlement Class are (i) Defendants, any predecessor, subsidiary, sister and/or merged companies, and all of the present or past directors, officers, employees, principals, shareholders and/or agents of the Defendants; (ii) Any and all Federal, State, County and/or Local Governments, including, but not limited to their departments, agencies, divisions, bureaus, boards, sections, groups, councils and/or any other subdivision, and any claim that such governmental entities may have, directly or indirectly; (iii) Any currently-sitting Wisconsin state court Judge or Justice, or any federal court Judge currently or previously sitting in Wisconsin, and the current spouse and all other persons within the third degree of consanguinity to such judge/justice; and (iv) Any law firm of record in these proceedings, including any attorney of record in these proceedings.

The proposed class meets all of the requirements of Rule 23 necessary to certify a settlement class that will allow class members to recover the fees that they allege were improperly charged and collected from them. A memorandum in support of this motion is filed with this motion.

Wherefore, the Plaintiff requests that the Court preliminarily certify a settlement class, appoint plaintiffs as class representatives, appoint their counsel as class counsel and approve notice to the class. A memorandum in support of this motion will be filed with this motion.

Dated this 28th day of December, 2019.

Respectfully submitted,

/s/ Scott C. Borison
Scott C. Borison
Legg Law Firm, LLP
1400 S. Charles St.
Baltimore MD 21230
(301) 620-1016
(301) 620-1018 (fax)
borison@legglaw.com

**Robert J. Welcenbach**
Welcenbach Law Offices, S.C.
State Bar No. 1033091
933 North Mayfair Road
Suite 311
Milwaukee, WI 53226
(414) 774-7330 Office
(414) 774-7670 Fax
robert@welcenbachlaw.com

**J. Craig Jones**
**JONES AND HILL, LLC**
131 Highway 165 South
Oakdale, La 71463
(318) 335-1333 - Telephone
(318) 335-1934 - Facsimile
craig@joneshilllaw.com

Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE

This document was served on the Defendant's counsel when filed through the Court's CM/ECF system on December 28, 2019.

/s/ Scott C. Borison