IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ELIZABETH HARWOOD AND ZANE VANSELOW, individually and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES, LLC, fka PST SERVICES, INC., MILWAUKEE RADIOLOGISTS, LTD., S.C., AND MIDWEST AREA PHYSICIANS, LLC.<br><br>Defendants,<br><br>ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Intervening Defendant. | PUTATIVE CLASS ACTION<br>CASE NO.: 2:18-CV-01941-LA |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF A SETTLEMENT CLASS, AWARD OF INCENTIVE FEES, ATTORNEYS FEES AND TO DESIGNATE A CY PRES RECIPIENT**

Plaintiffs, Elizabeth Harwood ("Harwood") and Zane Vanselow ("Vanselow"), (together, the "Plaintiffs") moves for final approval of a settlement class, award of incentive fees and attorney fees in this action against the Defendants, Change Healthcare Technology Enabled Services, LLC ("CHTES"), f/k/a PST Services, Inc., Milwaukee Radiologists, LTD., S.C., and Midwest Area Physicians, LLC (together, "Defendants"). The Court previously preliminarily

1

approved the settlement class and directed that notice be given to the class members. Notice has been provided to the class of the terms of the settlement. The notice set forth the amount of incentive fees sought by the Plaintiffs and the amount of attorney fees sought by Plaintiffs' counsel. There have been no objections filed. One person has opted out of the class.

Plaintiffs move this Court to finally approve a Settlement Class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, award plaintiffs an incentive fee of $1,500 each and attorney fees of $25,000. Plaintiffs also seek the Court to designate the Consumer Law Clinic of the University of Wisconsin School of Law as the *cy pres* designee since there is no reversion provision for unclaimed funds.

The proposed settlement class meets all of the requirements of Rule 23 necessary to certify a settlement class and it will allow class members to recover the fees that are alleged to have been improperly charged and collected from them. A memorandum in support of this motion is filed with this motion.

Wherefore, the Plaintiff requests that the Court finally approve a settlement class, approve an incentive fees and attorney's fees and designate a *cy pres* recipient. A memorandum in support of this motion is filed with this motion.

Dated this 30th day of April, 2020.

Respectfully submitted,

/s/ Scott C. Borison

Scott C. Borison
Borison Firm, LLC.
1400 S. Charles St.
Baltimore MD 21230
(301) 620-1016
(301) 620-1018 (fax)
borison@legglaw.com

**Robert J. Welcenbach**
Welcenbach Law Offices, S.C.
State Bar No. 1033091
933 North Mayfair Road
Suite 311
Milwaukee, WI  53226
(414) 774-7330 Office
(414) 774-7670 Fax
robert@welcenbachlaw.com

**J. Craig Jones**
**JONES AND HILL, LLC**
131 Highway 165 South
Oakdale, La 71463
(318) 335-1333 - Telephone
(318) 335-1934 - Facsimile
craig@joneshilllaw.com

Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE
This document was served on the Defendant's counsel when filed through the Court's CM/ECF system on April 30, 2020.

/s/ Scott C. Borison